UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**M O N MITCHELL INC**            **CASE NO. 6:18-CV-01188**

**VERSUS**            **JUDGE JUNEAU**

**MOBIL EXPLORATION & PRODUCING**      **MAGISTRATE JUDGE WHITEHURST**
**NORTH AMERICA INC ET AL**

## **JUDGMENT**

**THIS MATTER** came before the Court on April 18, 2019 for oral argument on the Objections filed by Defendants, SWN Production Company, LLC, Mobil Exploration and Producing North America, Inc., and Mobil Oil Exploration and Producing Southeast, Inc., to the Magistrate's Report and Recommendation on Plaintiff's Motion to Remand and for Attorney Fees and Costs.

After hearing the arguments of counsel, having conducted an independent review of the record, and for the reasons stated on the record, the Court adopts the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand filed by Plaintiff, MON Mitchell, Inc., [Rec. Doc. 13], is **GRANTED** and this case be remanded to the Twenty-seventh Judicial District Court, Parish of St. Landry, State of Louisiana.

**IT IS FURTHER ORDERED** that the Motion for Attorney's Fees and Costs filed by Plaintiff, [Rec. Doc. 13], is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE